In the Matter of MEYER RUDACK, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, et al., Respondents.

Submitted May 26, 1937; decided June 11, 1937.

616

*Joseph G. Fenster* for appellant.

*Paul Windels, Corporation Counsel (Francis J. Blou-stein* and *Paxton Blair* of counsel), for Lewis J. Valentine et al., respondents.

*Harold Riegelman, H. H. Nordlinger* and *Jacob M. Dinnes* for League of Mutual Taxi Owners, Inc., et al., interveners, respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.